1082

Louis BONAMICO, alias Louis Toriana, Appellant, v. UNITED STATES of America, Appellee.

No. 6057.

Circuit Court of Appeals, Fifth Circuit.

March 31, 1931.

Rehearing Denied April 24, 1931.

Richard A. Dowling, of New Orleans, La., for appellant.

E. E. Talbot, U. S. Atty., and P. M. Flanagan, Asst. U. S. Atty., both of New Orleans, La.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment in this case is affirmed.

BROWN–KERR, Inc., Appellee, v. THE Steam Tug P. R. R. NO. 32, Her Engines, etc., the Pennsylvania Railroad Company, Appellant, New Jersey Dry Dock & Transportation Company, Appellee.

No. 187.

Circuit Court of Appeals, Second Circuit.

March 2, 1931.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and P. Fearson Shortridge, both of New York City, of counsel), for appellant.

William F. Purdy and John E. Purdy, both of New York City, for appellee.

Before L. HAND, CHASE, and MACK, Circuit Judges.

PER CURIAM.

Decree affirmed.

Gene BUCK, as President of the American Society of Composers, etc., and Harms, Incorporated, Appellants, v. Rex De BARR, etc., Appellee.

No. 6410.

Circuit Court of Appeals, Ninth Circuit.

March 16, 1931.

Before RUDKIN, WILBUR, and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

Isabelle Jane CURRY et al., Appellants, v. CHAPMAN DEHYDRATER COMPANY, a Corporation, Appellee.

No. 6409.

Circuit Court of Appeals, Ninth Circuit.

March 24, 1931.

Before RUDKIN, WILBUR, and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellee, ordered appeal dismissed for failure of appellants to file record and docket cause; mandate forthwith.